UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br><br>JACK ALLEN ROBERSON,<br><br>       Defendant. | CASE NO. 2:23-cr-00123-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

  This matter comes before the Court on Defendant Jack Roberson's motion to modify his conditions of pretrial release to permit him to travel by car from his residence to Bloomfield Hills, Michigan, for dental surgery scheduled for 7:00 a.m. on May 22, 2024. Dkt. No. 52 at 1. Mr. Roberson states that Bloomfield Hills is three hours away without traffic, and he seeks to travel on May 21, 2024, stay the nights of May 21 and May 22 in Bloomfield Hills, and return home on May 23, 2024. *Id.* at 1–2. The Government and Mr. Roberson's assigned pretrial services officers in Seattle and Michigan do not oppose the motion. *Id.* at 1.

  Having reviewed the motion and the balance of the record, the Court GRANTS the motion. Dkt. No. 52. The Court ORDERS that Mr. Roberson will be allowed to travel to Bloomfield Hills,

Michigan on May 21, 2024 and stay the nights of May 21 and May 22, 2024 in Bloomfield Hills for scheduled dental surgery on May 22 and a follow-up appointment the next day. He must follow all conditions of supervision imposed by U.S. Pretrial Services and provide them with an itinerary for approval before his departure.

All other terms and conditions of Mr. Roberson's supervised release shall remain in full force and effect.

Dated this 9th day of May, 2024.

*Lauren King*

Lauren King
United States District Judge