UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JACK ALLEN ROBERSON,<br><br>                    Defendant. | CASE NO. 2:23-cr-00123-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

This matter comes before the Court on Defendant Jack Roberson's motion to modify his conditions of pretrial release to permit him to travel from his residence in Michigan to "attend a medical appointment at the Georgia Heart Institute in Blairsville, Georgia on May 23, 2024." Dkt. No. 54 at 1. Mr. Roberson states that he "urgently requires dental implants, but cannot have the needed surgery without confirmation that his heart is strong enough to permit it." *Id.* Mr. Roberson "hopes to travel on May 22, 2024," have the procedure on May 23, and "return to Michigan on May 24, 2024." *Id.* Neither the Government nor United States Probation and Pretrial Services oppose Mr. Roberson's motion. *Id.*

The motion raises several questions, including whether Mr. Roberson learned of the need for a cardiac evaluation during his previously approved dental appointment, *see* Dkt. No. 53, why he must travel so far for the evaluation, and what mode of travel he plans to take. Nevertheless, in light of his professed urgent need for dental care and the lack of opposition to this motion, the Court GRANTS the motion. Dkt. No. 54.

The Court ORDERS that Mr. Roberson will be allowed to travel to Blairsville, Georgia on May 22, 2024, stay the nights of May 22 and May 23, 2024 in Blairsville, Georgia for the cardiac evaluation on May 23, and return to Michigan on May 24, 2024. Mr. Roberson must follow all special conditions imposed by United States Magistrate Judge S. Kate Vaughan, including but not limited to providing Pretrial Services with an itinerary for approval before his departure, being chaperoned on any flight by an adult approved in advance by Pretrial Services, and not having any contact with any person under the age of 18 without the permission of the Pretrial Services Office. Dkt. No. 28 at 2.

All other terms and conditions of Mr. Roberson's release shall remain in full force and effect.

Dated this 21st day of May, 2024.

Lauren King
United States District Judge