UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00123-LK |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| JACK ALLEN ROBERSON, | |
| Defendant. | |

This matter comes before the Court on Defendant Jack Allen Roberson's motion to modify his conditions of pretrial release to permit him to travel from his residence in Michigan to "attend a medical appointment at the Georgia Heart Institute in Blairsville, Georgia, on May 30, 2024." Dkt. No. 59 at 1.

The Court previously granted Mr. Roberson's motion to travel for dental surgery on May 22, 2024, Dkt. Nos. 52–53, but he states that "[t]hat procedure . . . was rescheduled because the dental surgeon had concerns about Mr. Roberson's heart strength," Dkt. No. 59 at 1. Mr. Roberson filed a motion to travel to Georgia for a May 23, 2024 heart specialist appointment, stating that he "urgently requires dental implants, but cannot have the needed surgery without confirmation that

1   his heart is strong enough to permit it." Dkt. No. 54 at 1. The Court granted that motion. Dkt. No.

2   56 at 2. Now, Mr. Roberson avers that his cardiac appointment has been rescheduled for May 30,

3   2024. Dkt. No. 59 at 1. Mr. Roberson "hopes to travel on May 29, 2024," have the procedure on

4   May 30, and "return to Michigan on May 31, 2024." *Id.* Neither the Government nor United States

5   Probation and Pretrial Services oppose Mr. Roberson's motion. *Id.*

6        The Court grants Mr. Roberson's motion, Dkt. No. 59, and ORDERS that Mr. Roberson

7   will be allowed to travel to Blairsville, Georgia on May 29, 2024, and return to Michigan on May

8   31, 2024. Mr. Roberson must follow all special conditions imposed by United States Magistrate

9   Judge S. Kate Vaughan, including but not limited to providing Pretrial Services with an itinerary

10   for approval before his departure, being chaperoned on any flight by an adult approved in advance

11   by Pretrial Services, and not having any contact with any person under the age of 18 without the

12   permission of the Pretrial Services Office. Dkt. No. 28 at 2.

13        All other terms and conditions of Mr. Roberson's release shall remain in full force and

14   effect.

15        Dated this 28th day of May, 2024.

17   Lauren King
     United States District Judge