UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JACK ALLEN ROBERSON,<br><br>                    Defendant. | CASE NO. 2:23-cr-00123-LK<br><br>ORDER TO AMEND JUDGMENT AND STRIKE RESTITUTION HEARING |

This matter comes before the Court on the parties' Stipulated Motion to Amend Judgment and Strike Restitution Hearing. Dkt. No. 76. The Court previously entered judgment, ordered the payment of restitution, scheduled a restitution hearing at the parties' request, and deferred the amount of restitution until that hearing. Dkt. No. 73; Dkt. No. 74 at 3, 5, 7.

Pursuant to 18 U.S.C. § 3663(a)(3), the Court may order restitution in any criminal case "to the extent agreed to by the parties in a plea agreement." The plea agreement in this case provides that "Defendant understands that as a part of any sentence, in addition to any term of imprisonment and/or fine that is imposed, the Court may order Defendant to pay restitution to any

victim of the offense, as required by law." Dkt. No. 46 at 3. He also agreed that restitution, if imposed, "is due and payable immediately[.]" *Id.*; *see also id.* at 7.

"In each order of restitution, the court shall order restitution to each victim in the full amount of each victim's losses as determined by the court and without consideration of the economic circumstances of the defendant." 18 U.S.C. § 3664(f)(1)(A). To that end, the Court may require the defendant to reimburse the victim for transportation and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. *Id.* § 3663(b)(4). The parties stipulate and agree that such losses amount to $3,450.79. Dkt. No. 76-2 at 7 (proposed amended judgment); Dkt. No. 76 at 2 (stipulated motion asking the Court to enter the proposed amended judgment).

Having considered the stipulated motion and the balance of the record, the Court finds that entry of the requested amended judgment and restitution order is appropriate in this case for the reasons set forth in the stipulated motion. Accordingly, the Court GRANTS the parties' stipulated motion, Dkt. No. 76, and STRIKES the restitution hearing set for July 18, 2024. The Court will separately enter the proposed amended judgment.

Dated this 12th day of July, 2024.

Lauren King
United States District Judge